1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney

2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   JEFFREY R. FINIGAN (CASBN 168285)
    Assistant U.S. Attorney
5
    450 Golden Gate Avenue
6   San Francisco, California 94102
    Telephone: (415) 436-7232
7   Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov
8
    Attorneys for the United States
9

**FILED**

NOV 1 4 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION                   **BZ**

| | | |
|---|---|---|
13  | UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
14  | Plaintiff, | ) | 3   07   70682 |
15  | v. | ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES |
16  | ANNA BANKOWSKA, | ) | 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
17  | Defendant. | ) | |
18  | _____ | ) | |

19      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20  Procedure that on November 14, 2007, the above-named defendant was arrested  based upon an

21  arrest warrant (copy attached) issued upon an

22      ☐  Indictment

23      ☐  Information

24      ☒  Criminal Complaint

25      ☐  Other (describe) _____

26  pending in the _____ District of __Oregon__, Case Number __07-MJ-485__ .

27

28

                                    1

1    In that case, the defendant is charged with a violation(s) of Title(s)  18   United States

2    Code, Section(s) 1344 and 1028A      .

3    Description of Charges:    Bank Fraud and Aggravated Identity Theft        .

4

5                                        Respectfully Submitted,

6                                        SCOTT N. SCHOOLS
                                         UNITED STATES ATTORNEY
7

8    Date:   November 8, 2007

9                                        JEFFREY R. FINIGAN
                                         Assistant U.S. Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA
v.
ANNA BANKOWSKA

## WARRANT FOR ARREST

Case Number:   $07-mj-485$

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____

Anna Bankowska
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

BANK FRAUD AND AGGRAVATED IDENTITY THEFT

Certified to be a true and correct copy of original

Dated _____

By _____   Sheryl S. McCoy   Deputy

in violation of Title   18 _____   United States Code, Section(s)   1344, 1028a

Name of Issuing Officer
JANICE M. STEWART
US MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer
_____

_____   ____ at Portland, Oregon
Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

*AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA
v.
ANNA BANKOWSKA

## WARRANT FOR ARREST

Case Number:    $07-mj-485$

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Anna Bankowska
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

BANK FRAUD AND AGGRAVATED IDENTITY THEFT

Certified to be a true and correct copy of original

Dated _____

By    Sheryl S. McConnell, Clerk
      _____ Deputy

in violation of Title  18 _____    United States Code, Section(s)    1344, 1028a

Name of Issuing Officer
JANICE M. STEWART
US MAGISTRATE JUDGE

Signature of Issuing Officer
_____

Title of Issuing Officer

Date and Location
November 7, 2007 at Portland, Oregon

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Anna Bankowska

ALIAS: JANELLE MERRIAM

LAST KNOWN RESIDENCE: 1040 CORAL RIDGE CIRCLE, RODEO, CA / 108 ESPLANDE, APT# 99 PACIFIC, CA

LAST KNOWN EMPLOYMENT: SKY'S THE LIMIT ENTERTAINMENT

PLACE OF BIRTH: LODZ, POLAND

DATE OF BIRTH: 12/09/1983

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5' 07"    WEIGHT: 150 lbs.

SEX: Female    RACE: WHITE

HAIR: BROWN    EYES: HAZEL

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: UPPER BACK → CROSS

LOWER BACK → "3" AND A TIGER w/ TRIBAL BAND

FBI NUMBER: 601390HC3

COMPLETE DESCRIPTION OF AUTO: 2004 BMW 745i BLACK 4-DOOR

NO PLATE INFO. / VIN # WBAGL63594DP73934

INVESTIGATIVE AGENCY AND ADDRESS: U.S. POSTAL INSPECTION SERVICE

390 MAIN STREET, 3RD FLOOR

SAN FRANCISCO, CA 94105

OAO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

|                | DISTRICT OF | OREGON | FILED'07 NOV 7 14:31 USDC-ORP |

UNITED STATES OF AMERICA
v.

CRIMINAL COMPLAINT

ANN BANKOWSKA
1040 Coral ridge circle
Rodeo, California

Case Number: $07 - mj - 485$

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about _____March 5, 2007____ in _____Multnomah_____ County, in
                                         (Date)
the _____ District of _____Oregon_____ defendant(s) did,

(Track Statutory Language of Offense)
Knowingly execute a scheme or artifice to defraud a financial institution or to obtain any of the moneys, funds,
credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by
means of false or fraudulent pretenses, representations or promises.

Knowingly possess or use without lawful authority a means of identification during and in relation to any felony
violation.
in violation of Title _____18_____ United States Code, Section(s) _____1344, 1028A_____ .

I further state that I am a(n) ____United States Postal Inspector____ and that this complaint is based on the
                                         Official Title
following facts:

See attached affidavit.

Certified to be a true and correct copy
in my office.
Dated _____
By _____   Sheryl S. McC____

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

_____
Signature of Complainant

Camille Hammonds
Printed Name of Complainant

Sworn to before me and signed in my presence,

___November 7, 207___                    at    Portland          Oregon
Date                                            City              State

JANICE M. STEWART          U.S. MAGISTRATE          _____
Name of Judge              Title of Judge           Signature of Judge

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, CAMILLE A. HAMMONDS, being duly sworn, do hereby state the following:

### I.    INTRODUCTION AND EXPERIENCE OF AGENT

1.    I have been employed as a Postal Inspector for the U.S. Postal Inspection
Service since 1994. In connection with my official duties, I am responsible for
the investigation of criminal violations of federal law involving the U.S. mail
system and related statutes. For the last 12 years, I have been a member of mail
fraud teams in both the Seattle Division and the Los Angeles Division of the
Postal Inspection Service. In my capacity as a Postal Inspector, I have received
specialized training in the enforcement of laws concerning violations found in
Title 18 of the United States Code. I also received training in the investigation
of mail fraud during my initial training to become a Postal Inspector.

2.    As a part of my official duties, it is my responsibility to investigate mail fraud,
bank fraud, identity theft, counterfeit Postal Money Orders, counterfeit checks,
and counterfeit identification documents.

3.    As an Inspector with the USPIS I have participated in numerous criminal
investigations relating to mail fraud, counterfeit corporate checks, counterfeit
checks, counterfeit Postal Money Orders, identity theft and counterfeit
identification documents.

4.    The facts and conclusions in this affidavit are based on my personal knowledge
gained from my review of documents and evidence gathered to date in this
investigation and information gained from discussion with Inspector Timothy
Kixmiller.

5.    Because this affidavit is being submitted for the limited purpose of securing a
complaint and arrest warrant, I have set forth only the facts that I believe are necessary
to establish that there is probable cause to believe that ANNA AGNIESZKA
BANKOWSKA violated Title 18, United States Code, Sections 1344 [Bank Fraud] and
1028A [Aggravated Identity Theft].

### II.    STATUTES AND DEFINITIONS

6.    Section 1344 of Title 18 of the United States Code makes it a Federal offense to
knowingly execute a scheme or artifice to defraud a financial institution or to
obtain any of the moneys, funds, credits, assets, securities, or other property
owned by, or under the custody or control of, a financial institution, by means of
false or fraudulent pretenses, representations, or promises.

1

7.  Section 1028A of Title 18 of the United States Code makes it a Federal offense to knowingly possess, or use, without lawful authority, a means of identification of another person during and in relation to any felony violation enumerated in subsection (c).

8.  Subsection C of Section 1028A of Title 18 of the United States Code defines the term "felony violation enumerated in subsection (c)" as any offense that is a felony violation of any provision contained in this chapter (relating to fraud and false statements), other than this section or section 1028 (a)(7) and any provision contained in chapter 63 (relating to mail, bank, and wire fraud).

9.  Means of identification is defined in. Lubsection (d)(7) of Section 1028 of Title 18 of the United States Code as "any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including any (A) name, social security number, date of birth, official State or government issued driver's license or identification number, alien registration number, government passport number, employer or taxpayer identification number"

## III.  THE INVESTIGATION

10. On or about September 14, 2006, Special Agent Timothy Kixmiller, then with the United States Secret Service (USSS), San Francisco Field Office received a telephone call from Bank of America Investigator Barreiro regarding his investigation of a Customer Service Representative that was responsible for accessing and compromising of numerous Bank of America ("B of A") customer accounts. Bank of America is a federally insured financial institution. Essentially, customer information was being provided to individuals and those individuals were using the information to obtain fictitious drivers licenses and other means of identification containing the customer information but a picture of a different individual. Using the fictitious identifying documents, individuals would enter into Bank of America branches across the country to access the customer accounts by, *inter alia*, depositing fraudulent checks into those accounts and withdrawing money from the customer accounts. Bank Investigator Barreiro requested assistance with the investigation.

11. A joint investigation was opened with the United States Postal Inspection Service (USPIS) and the USSS due to the theft and use of the US Mail (to mail identification documents to participants in the scheme), the numerous fraudulent financial transactions and the number of B of A customer impersonations throughout the United States.

12. Several B of A employees have been linked to the compromising of B of A customer accounts. Once information regarding these accounts was disseminated, these B of A accounts were compromised by people

2

impersonating true B of A customers. These impersonators entered B of A banking centers throughout the United States and conducted fraudulent transactions. Several of these B of A customer impersonators have been identified through suspect interviews, review of bank surveillance video, review of banking documents and the use of the California Department of Justice CAL-Photo Image Network (CAL-PHOTO).

13. ANNA BANKOWSKA was identified in this investigation by reviewing the B of A account of a known co-conspirator which revealed the deposit of an Employment Development Department (EDD) check made payable to BANKOWSKA and signed over to her co-conspirator. A check of the B of A Customer Online Information Network (COIN) revealed a B of A account in BANKOWSKA's name. A review of BANKOWSKA's B of A account profile contained a photo of BANKOWSKA. This photograph matched bank surveillance video of a previously unidentified individual conducting financial transactions. A check of CAL-PHOTO confirmed BANKOWSKA's true identity and revealed her California driver's license (CADL) as D1299412.

14. Once BANKOWSKA was identified she was linked to transactions involving her B of A account and the co-conspirator's B of A account. Surveillance video also showed her being involved in transactions involving compromised B of A customer accounts.

15. Investigator Tim Whitesitt, Vice President of Corporate Security for Bank of America, has been able to directly link BANKOWSKA to the compromising of approximately twenty-five (25) different B of A customer accounts using surveillance photographs taken when customer accounts were compromised and to approximately one hundred ninety-four thousand dollars ($194,000.00) in losses. In other words, B of A was able to show losses related to fraudulent activity by BANKOWSKA on these twenty five customer accounts.

16. Specifically, one of the accounts, B of A account #2161XXXXXX, belonging to victim "M.S.", was compromised by BANKOWSKA on or about March 5, 2007 and March 6, 2007, and B of A's investigation revealed the following fraudulent transactions related to that account:

   a. On March 5, 2007, BANKOWSKA assumed the identity of victim M.S., the B of A customer, and entered the Stark Street Banking Center, located at 517 SW Stark Street, Portland, OR. BANKOWSKA deposited a fraudulent check made payable to the victim, check number 1078, drawn on the Wells Fargo account #5839XXXXXX, in the amount of four thousand dollars into B of A account #2161XXXXXX, and received two thousand dollars cash back. After completing the above transaction, BANKOWSKA cashed a second fraudulent check, again made payable to the victim, check number 1122, drawn on the Washington Mutual (WAMU) account #1853XXXXXX, in the amount of one thousand five hundred dollars, the check was held against B of A account

3

#2161XXXXXX. In order to complete these transactions, BANKOWSKA
needed to present identification to the bank in the victim's name.

- b.  On or about March 6, 2007, BANKOWSKA entered the Martin Luther King,
  Jr. Banking Center, located at 5775 NE Martin Luther King, Jr. Boulevard,
  Portland, OR and attempted to deposit a fraudulent check, again made payable
  to the victim, check number 228, drawn on the Union Bank of California
  account #1631XXXXXX, in the amount of five thousand dollars into B of A
  account #2161XXXXXX. During this transaction, BANKOWSKA requested
  three thousand dollars cash back and attempted to cash a second fraudulent
  check, made payable to the victim, check number 1037, drawn on the WAMU
  account #1853XXXXXX, in the amount of one thousand five hundred dollars
  and held against B of A account, account #2161XXXXXX.

- c.  During the transaction approval process, BANKOWSKA became nervous and
  ran out of the Martin Luther King, Jr. Banking Center leaving behind the two
  fraudulent checks, the original B of A Out of State Counter Deposit Slip, the
  counterfeit California driver license (CADL) she had used to identify herself,
  number D2388XXX, depicting BANKOWSKA's picture and containing the
  victim's name (M.S.), and a Bank One Master Card in the name of the victim
  (M.S.), account #5115 XXXX XXXX XXXX.

17.  B of A has taken the financial loss associated with the above listed fraudulent
transactions. B of A's deposits related to the account referred to in the above
paragraph were FDIC insured at all times.

18.  A computer check revealed the counterfeit CADL, #D2388XXX, depicting
BANKOWSKA's picture belongs to a white male from Montclair, California.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

4

## IV.   STATEMENT OF PROBABLE CAUSE

19.   Based on the above information, there is probable cause to believe that between March 5, 2007 and March 6, 2007, ANNA AGNIESZKA BANKOWSKA committed Bank Fraud in violation of 18 USC 1344 and Aggravated Identity Theft in violation of 18 USC 1028A.

I swear under penalty of perjury that the above facts are true and correct to the best of my knowledge.

CAMILLE HAMMONDS
Postal Inspector
United States Postal Inspection Service

Subscribed & sworn to before this ⁷th day of November, 2007 at Portland, OR.

Judge Janice M. Stewart
United States Magistrate Judge
District of Oregon

5