AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>ANNA BANKOWSKA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

**FILED** NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 3-07-70682 BZ | 07-MJ-485 | Northern District of California | District of Oregon |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment  ☐ Information  X Complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. § 1344 and 1028A

**DISTRICT OF OFFENSE**
District of Oregon

**DESCRIPTION OF CHARGES:**

Bank Fraud and Aggravated Identity Theft

**CURRENT BOND STATUS:**

☐ Bail fixed at                and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other    Defendant waived identity/removal hearing. Defendant admits to being the person Of Oregon.

**Representation**  ☐ Retained Own Counsel   ☐ Federal Defender Organization   X CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes    Language:

NORTHERN DISTRICT OF CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

20 Nov 07                    _____
Date                         United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |