UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
RECVD '07 DEC 03 13:49 USDC ORP 415.522.2000

November 29, 2007

Office of the Clerk
U.S. District Court
1000 SW Third Ave.
Portland OR 97204

FILED

DEC 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:     US-v-Anna Bankowska
Case Number:   3-07-70682
Charges:       18:1344 and 1028A Bank fraud and aggravated ID theft

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Bernard Zimmerman. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

07-mj-485

Date: 12/3/07

CLERK, U.S. DISTRICT COURT

By Kathie Wright
Deputy Clerk